JUNE 15, 1998

No. 97–14. MICHIGAN ET AL. *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case re-

manded for further consideration in light of *Cass County* v. *Leech Lake Band of Chippewa Indians, ante,* p. 103.